UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SECURITY ARCHIVE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CENTRAL INTELLIGENCE AGENCY,<br><br>Defendant. | Civil No. 99-1160 (CKK)<br><br>**FILED**<br><br>DEC 1 5 2000<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S DISTRICT COURT |

## ORDER

Upon consideration of Plaintiff's Consented Motion for Extension of Time to Respond to Defendant's Motion for Partial Summary Judgment and to Defendant's Motion for Leave to Submit Evidence *In Camera* and *Ex Parte*, it is this 14 day of Dec., 2000,

**ORDERED** that Plaintiff's Consented Motion for Extension of Time is **GRANTED.** And it is

**FURTHER ORDERED** that Plaintiff's Response to Defendant's Motion for Partial Summary Judgment and Plaintiff's Response to Defendant's Motion for Leave to Submit Evidence *In Camera* and *Ex Parte* shall be filed no later than December 22, 2000.

Colleen Kollar Kotelly
United States District Judge

Serve:

Thomas M. Susman
Todd M. Richman
ROPES & GRAY
One Franklin Square
1301 K Street, N.W.
Suite 800 East
Washington, DC  20005

Kate Martin
The National Security Archive
The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C.  20037

Michael C. Johnson
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Tenth Floor
Washington, D.C.  20001